**Order entered December 21, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-16-00756-CR
No. 05-16-00757-CR

**DANIEL ALBERTO MONTOYA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 265th Judicial District Court
Dallas County, Texas
Trial Court Cause No. F14-31191-R & F14-31192-R**

## ORDER

On August 23, 2016, six volumes of reporter's record were filed. Volumes 2, 3, and 5, however, were volumes of the reporter's record in trial court cause number F14-31115-R. On December 19, 2016, the correct volumes 2, 3, and 5 for these appeals were filed. We **STRIKE** the volumes 2, 3, and 5 of the reporter's record bearing trial court cause number F14-31115-R that were filed August 23, 2016.

The State's brief is currently due January 8, 2017.

/s/     ADA BROWN
           JUSTICE